# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CATHERINE S. CADLE,**

        **Plaintiff,**

**v.**                                         **Case No:   6:13-cv-1591-Orl-31GJK**

**GEICO GENERAL INSURANCE
COMPANY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Motion to Strike Geico's Affirmative Defenses (Doc. No. 17) filed by Plaintiff on December 4, 2013.

On February 10, 2014, the United States Magistrate Judge issued a report (Doc. No. 26) recommending that the motion be denied. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2.     The Motion to Strike Geico's Affirmative Defenses is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 27, 2014.

_____
**GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party