# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

### CASE NO. 6:13-cv-1591-GAP-GJK

CATHERINE S. CADLE,
    *Plaintiff*,

v.

GEICO GENERAL INSURANCE COMPANY,
    *Defendant*.
_____/

# PLAINTIFF'S FINAL EXHIBIT LIST

\_\_\_\_\_Government    __X__ Plaintiff    \_\_\_\_\_Defendant    \_\_\_\_\_Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit | |
|---|---|---|---|---|---|---|
| 1A. | | | | | 8/14/2007 | Letter from Nicholas Panagakis to Renee Griffin (GLC00427) |
| 2A. | | | | | 8/22/2007 | Letter from Renee Griffin to Yvette Sandoval (GLC003602) |
| 3A. | | | | IN; Does not contain enclosures | 4/4/2008 | Letter from Nicholas Panagakis to Sandra Mill with attached 4/3/2008 letter from Nicholas Panagakis to Renee Griffin (GLC004170-004173) |
| 4A. | | | | | 4/14/2008 | Letter from Grant Crawford to Nicholas Panagakis (GLC00430) |
| 5A. | | | | | 5/9/2008 | Letter from Nicholas Panagakis to Grant Crawford with attached 5/6/2008 letter from Gary St. Arnauld to Nicholas Panagakis (GLC004165-004168) |
| 6A. | | | | | 6/3/2008 | Letter from Grant Crawford to Nicholas Panagakis (GLC00431) |
| 7A. | | | | | 6/11/2008 | Letter from Nicholas Panagakis to Grant Crawford (GLC04380-004569(a)) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8A. | | | | | 7/11/2008 | Letter from Lacey Batchelor to Nicholas Panagakis (GLC00432) |
| 9A. | | | | | 9/17/2008 | Civil Remedy Notice (CHCL 25389-25391) |
| 10A. | | | | | 11/17/2008 | Letter from Lacey Mathes to Nicholas Panagakis (GLC00433-00435) |
| 11A. | | | | | 4/2/2009 | Letter from Nicholas Panagakis to Lacey Batchelor (GLC00438-00442) |
| 12A. | | | | H | 5/29/2009 | Nicholas Panagakis Client Profiles notes (D.E. 68-18 P. 2-3) |
| 13A. | | | | | 1/6/2010 | Letter from Nicholas Panagakis to Penny Creech (GLC00444-00448) |
| 16A. | | | | | 1/12/2010 | Letter from Penny Creech to Lacey Mathes (GLC 002196-002202) |
| 14A. | | | | | | Claim notes (GLC004570-GLC004702) |
| 15A. | | | | | | Control File Alert (GLC00813-00817) |
| 16A. | | | | | | Suit Referral form (GLC00808-00812) |
| 17A. | | | | | | Suit Referral form (GLC00800-00802) |
| 18A. | | | | | | Claim Evaluation Summary (GLC00803-00807) |
| 19A. | | | | | | Claim Evaluation Summary (GLC 004175-004179) |
| 20A. | | | | H | | Nicholas Panagakis Client Profiles notes (CADLE 2871) |
| 1B. | | | | | 8/20/2007 | Estimate of Record (Repair) 2006 Ford Focus (GLC004098-004104) |
| 2B. | | | | | 7/25/2008 | Letter from Lacey Batchelor to Millenium Medical Management (GLC00924) |
| 3B. | | | | | 2/2/2010 | Letter from Michael Foley to Penny Creech (GLC002189-002195) |
| 4B. | | | | | | ACE Navigator Claim Summary Screenshots (GLC0001-00257) |
| 5B. | | | | | | Policy (GLC00394-00420) |
| 6B. | | | | | | Recorded Statement of Catherine Cadle (GLC00373-00384) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7B. | | | | | | Penny Creech file notes (PC 1-2) |
| 8B. | | | | | | Florida Traffic Crash Report (GLC002388-002391) |
| 9B. | | | | R | | Verdict Form in Catherine Cadle v. GEICO General Insurance Company, Case No. 2009-CA-13025 in Brevard County Florida Circuit Court (D.E. 75-1) |
| 10B. | | | | | | Partial Final Judgment (D.E. 75-4) |
| 11B. | | | | R, H, F, I, IN, 403 | | Trial Notes (GHOC 0296) |
| 12B. | | | | F, I, R, H, 403 | | PowerPoint Presentation Screenshots - Combating Set-up through knowledge avoiding bad faith the CSK way |
| 13B. | | | | F, I, R, H, 403 | | 2013 CSK School of Claims Seminar Notebook - Lessons in Bad Faith by Joe Kissane |
| 14B. | | | | F, I, R, H, 403 | | 2012 Tort and Insurance Survival Manual - Bad Faith Boot Camp Seminar - Combating Set-up through knowledge avoiding bad faith the CSK way |
| 15B. | | | | F, I, R, H, 403 | | Powerpoint Presentation Screenshots - The Florida Bad Faith Commandments |
| 16B. | | | | F, I, R, H, 403 | | Article - Multi Conditional Demands - The Toughest Subject in School |
| 17B. | | | | F, I, R, H, 403 | | Bad Faith Bulletin - Cole, Scott, Kissane's Protocol for Handling Policy Limit Demands Involving Surgical Recommendations |
| 18B. | | | | R | | All medical records and medical bills of Catherine Cadle produced in this case |
| 19B. | | | | R, I, 403 (based on description) | | All demonstrative exhibits produced by any party. |

**Obj Codes**: F=Foundation, H=Hearsay, I=Inadmissible, IN=Incomplete, R=Relevance, 403= Probative Value Outweighed by Prejudice

Respectfully submitted,

VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street, 30th Floor
Miami, FL 33131
305-577-3996
305-577-3998 *facsimile*


/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr.**
Florida Bar No. 79170
smarino@vpl-law.com
**Danya J. Pincavage**
Florida Bar No. 14616
dpincavage@vpl-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was sent by e-mail on November 21, 2014 to:

B. Richard Young, Esq.
Jordan M. Thompson, Esq.
Megan Alexander, Esq.
Young, Bill, Roumbos & Boles, P.A.
P.O. Drawer 1070
Pensacola, FL 32591-1070
ryoung@flalawyer.net
jthompson@flalawyer.net
malexander@flalawyer.net


/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr.**