# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CATHERINE S. CADLE,**

    **Plaintiff,**

**v.**                                                           **Case No:   6:13-cv-1591-Orl-31GJK**

**GEICO GENERAL INSURANCE COMPANY,**

    **Defendant.**

## ORDER

Pursuant to this Court's Order (Doc. 163) the Clerk is directed to enter judgment in favor of Defendant GEICO General Insurance Company and then close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 25, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party