# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CATHERINE S. CADLE,**

       **Plaintiff,**

**v.**                                **Case No:   6:13-cv-1591-Orl-31GJK**

**GEICO GENERAL INSURANCE COMPANY,**

       **Defendant.**

_____

# ORDER

This cause comes before the Court on Motion for Taxation of Costs (Doc. No. 166) filed March 9, 2015.

On June 26, 2015, the United States Magistrate Judge issued a report (Doc. No. 181) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.     The Motion for Taxation of Costs is **GRANTED IN PART AND DENIED IN PART**.

3.     The Clerk is directed to enter a cost judgment in favor of Defendant and against Plaintiff in the amount of $14,042.61.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 14, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party